✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:20-MJ-104-001  (MSH) |
| **STEVEN J. SHIVES** | |

Steven J. Shives has complied with the rules and regulations of probation, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Steven J. Shives be discharged from supervision.

Respectfully submitted,

*Jennifer Torbett* (signature)

Jennifer S. Torbett
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___30th___ day of ___July___, 2021.

s/ Stephen Hyles
STEPHEN HYLES
U.S. MAGISTRATE JUDGE